UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOANNA BURKE and JOHN BURKE, § | |
| § | |
| *Plaintiffs,* § | |
| § | |
| v. § | Civil Action No. 4:21-cv-2591 |
| § | |
| OCWEN LOAN SERVICING, LLC, § | |
| MARK DANIEL HOPKINS, SHELLEY § | |
| HOPKINS, and HOPKINS LAW, PLLC, § | |
| § | |
| *Defendants.* § | |

**OCWEN LOAN SERVICING, LLC'S CERTIFICATE OF INTERESTED PARTIES
AND CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Ocwen Loan Servicing, LLC, ("Ocwen") files this Certificate of Interested Parties and Corporate Disclosure Statement and states as follows:

1. Joanna Burke – Plaintiff. Joanna Burke is an individual who resides in Harris County, Texas.

2. John Burke, Harris County, Texas – Plaintiff. John Burke is an individual who resides in Harris County, Texas.

3. Ocwen Loan Servicing, LLC – Defendant. Ocwen Loan Servicing, LLC merged with Defendant PHH Mortgage Corporation, a New Jersey corporation, On June 1, 2019, with PHH Mortgage Corporation surviving the merger. 100% of the common stock of PHH Mortgage Corporation is owned by PHH Corporation, a Maryland Corporation. 100% of the common stock of PHH Corporation is owned by Ocwen Financial Corporation, a Florida corporation. Ocwen Financial Corporation is a publicly traded company with <u>no entity owning more than 10% of its stock</u>.

4. Mark Daniel Hopkins – Defendant. Mark D. Hopkins is an individual who resides in Travis County, Texas.

5. Shelley Hopkins – Defendant. Shelley Hopkins is an individual who resides in Travis County, Texas

6. Hopkins Law, PLLC – Defendant. Hopkins Law, PLLC is a Texas Private Limited Liability Company that has its place of business in Travis County, Texas.

7. Mark D. Hopkins and Shelley L. Hopkins, Hopkins Law, PLLC, 3 Lakeway Centre Ct., Suite 110, Austin, Texas 78734, (512) 600-4320 – Counsel for Defendants.

Respectfully submitted,

**HOPKINS LAW, PLLC**

By: /s/ *Mark D. Hopkins*
Mark D. Hopkins – *Attorney in Charge*
State Bar No. 00793975
SD ID No. 20322
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 92646
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

  I hereby certify that on this 1st day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA CM/RRR # 7021 0350 0001 0095 2579***
***AND VIA REGULAR MAIL*:**
John Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

***VIA CM/RRR # 7021 0350 0001 0095 2562***
***AND VIA REGULAR MAIL*:**
Joanna Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

              */s/ Mark D. Hopkins*
              Mark D. Hopkins