UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOANNA BURKE and JOHN BURKE, § | | |
| § | | |
| *Plaintiffs,* § | | |
| § | | |
| v. § | | Civil Action No. 4:21-cv-2591 |
| § | | |
| OCWEN LOAN SERVICING, LLC, § | | |
| MARK DANIEL HOPKINS, SHELLEY § | | |
| HOPKINS, and HOPKINS LAW, PLLC, § | | |
| § | | |
| *Defendants.* § | | |

## ATTORNEY DEFENDANTS' CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Mark Daniel Hopkins, Shelley Hopkins, and Hopkins Law, PLLC ("Attorney Defendants") file this Certificate of Interested Parties and Corporate Disclosure Statement and state as follows:

1.  Joanna Burke – Plaintiff. Joanna Burke is an individual who resides in Harris County, Texas.

2.  John Burke, Harris County, Texas – Plaintiff. John Burke is an individual who resides in Harris County, Texas.

3.  Ocwen Loan Servicing, LLC – Defendant. Ocwen Loan Servicing, LLC merged with Defendant PHH Mortgage Corporation, a New Jersey corporation, On June 1, 2019, with PHH Mortgage Corporation surviving the merger. 100% of the common stock of PHH Mortgage Corporation is owned by PHH Corporation, a Maryland Corporation. 100% of the common stock of PHH Corporation is owned by Ocwen Financial Corporation, a Florida corporation. Ocwen Financial Corporation is a publicly traded company with <u>no entity owning more than 10% of its stock</u>.

4. Mark Daniel Hopkins – Defendant. Mark D. Hopkins is an individual who resides in Travis County, Texas.

5. Shelley Hopkins – Defendant. Shelley Hopkins is an individual who resides in Travis County, Texas

6. Hopkins Law, PLLC – Defendant. Hopkins Law, PLLC is a Texas Private Limited Liability Company that has its place of business in Travis County, Texas.

7. Mark D. Hopkins and Shelley L. Hopkins, Hopkins Law, PLLC, 3 Lakeway Centre Ct., Suite 110, Austin, Texas 78734, (512) 600-4320 – Counsel for Defendants.

Respectfully submitted,

**HOPKINS LAW, PLLC**

By: /s/ *Mark D. Hopkins*
Mark D. Hopkins – *Attorney in Charge*
State Bar No. 00793975
SD ID No. 20322
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 92646
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of September 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA CM/RRR # 7021 0350 0001 0095 2586***
***AND VIA REGULAR MAIL*:**
John Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

***VIA CM/RRR # 7021 0350 0001 0095 2593***
***AND VIA REGULAR MAIL*:**
Joanna Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

*/s/ Mark D. Hopkins*
Mark D. Hopkins