United States District Court
Southern District of Texas
**ENTERED**
September 21, 2021
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **JOANNA BURKE and JOHN BURKE,** | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| v. | § | **Civil Action No. 4:21-cv-2591** |
| | § | |
| **OCWEN LOAN SERVICING, LLC,** | § | |
| **MARK DANIEL HOPKINS, SHELLEY** | § | |
| **HOPKINS, and HOPKINS LAW, PLLC,** | § | |
| | § | |
| *Defendants.* | § | |

## ORDER GRANTING CONTINUANCE

Before the court is Defendants Ocwen Loan Servicing, LLC, Mark Daniel Hopkins, Shelley Hopkins, and Hopkins Law, PLLC's Motion to Continue Initial Pretrial and Scheduling Conference. After considering the Motion, Plaintiffs' response, if any, the pleadings on file and applicable legal authorities, the Court concludes the Motion is well-taken and is hereby GRANTED.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the pretrial conference scheduled for November 5, 2021 at 9:00 a.m. before the Honorable Alfred H. Bennett is reset to December 10, 2021 at 9:00 a.m. .

SIGNED ON this the 21st day of September 2021.



UNITED STATES DISTRICT JUDGE