UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOANNA BURKE and JOHN BURKE, § § *Plaintiffs,* § § v. § § PHH MORTGAGE CORPORATION, § SUCCESSOR BY MERGER TO § OCWEN LOAN SERVICING, LLC, § MARK DANIEL HOPKINS, SHELLEY § HOPKINS, and HOPKINS LAW, PLLC, § § *Defendants.* § | Civil Action No. 4:21-cv-02591 |

## DEFENDANTS' MOTION TO STRIKE PLAINTIFFS' RESPONSE TO DEFENDANTS' MOTIONS FOR JUDGMENT ON THE PLEADINGS

Defendants Ocwen Loan Servicing, LLC ("Ocwen") now known as PHH Mortgage Corporation ("PHH") as the Successor by Merger, Mark Daniel Hopkins, Shelley Luan Hopkins, and Hopkins Law, PLLC ("Defendants") file this Motion to Strike Plaintiffs' Response to Defendants' Motions for Judgment on the Pleadings [Doc. 32] (Plaintiffs' Response"). Defendants respectfully show unto the Court as follows:

1. On October 26, 2021, Defendants Ocwen and PHH filed their Motion for Judgment on the Pleadings [Doc. 18] in response to Plaintiffs' Amended Complaint [Doc. 12].

2. On October 28, 2021, Defendants Mark Daniel Hopkins, Shelley Luan Hopkins, and Hopkins Law, PLLC filed their Motion for Judgment on the Pleadings [Doc. 19] in response to Plaintiffs' Amended Complaint [Doc. 12].

3. Plaintiffs' Consolidated Response to Defendants' respective motions [Doc. 32] was filed on November 16, 2021. Plaintiffs' Response is fifty-four (54) pages. Plaintiffs' Response does

not comply with Judge Alfred H. Bennett's Court Procedures and Practices, Rule B(5)(e) as it exceeds twenty (20) pages, without first seeking leave of Court.

4. Therefore, Defendants request the Court strike Plaintiffs' Response in its entirety.

## CONCLUSION

Pursuant the reasons set out herein, Defendants respectfully request that the Court grant Defendants' Motion to Strike Plaintiffs' Response to Defendants' Motions for Judgment on the Pleadings and further request that the Court grant Defendants any and all additional relief, whether at law or in equity, to which they may be justly entitled.

Respectfully Submitted,

**HOPKINS LAW, PLLC**

By: */s/ Shelley L. Hopkins*
Mark D. Hopkins, *Attorney in Charge*
State Bar No. 00793975
SD ID No. 20322
Shelley L. Hopkins
State Bar No. 24036497
SD ID No. 926469
3 Lakeway Centre Ct., Suite 110
Austin, Texas 78734
(512) 600-4320
mark@hopkinslawtexas.com
shelley@hopkinslawtexas.com

**ATTORNEYS FOR DEFENDANTS**

H610-1601 Burke

## CERTIFICATE OF CONFERENCE

Pursuant to Southern District LR 7.1(D), counsel for Defendants emailed Plaintiffs on November 19, 2021 to determine if they were opposed to this motion. As of the date and time of filing, no response has been received and therefore this motion is filed as opposed.

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of November 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF filing system, and will send a true and correct copy to the following:

***VIA CM/RRR # 7021 1970 0000 4526 6576***
***AND VIA REGULAR MAIL*:**
John Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

***VIA CM/RRR # 7021 1970 0000 4526 6583***
***AND VIA REGULAR MAIL*:**
Joanna Burke
46 Kingwood Greens Drive
Kingwood, Texas 77339
**PRO SE PLAINTIFF**

/s/ *Shelley L. Hopkins*
Shelley L. Hopkins