United States District Court
Southern District of Texas
**ENTERED**
December 07, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BURKE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-2591 |
| OCWEN LOAN SERVICING, LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court are Plaintiffs' Motion to Continue Initial Pretrial & Scheduling Conference (Doc. #36) and Defendants' Response (Doc. #37). Having reviewed the parties' arguments and applicable law, the Court GRANTS the Motion. The initial conference is hereby CONTINUED pending the Court's ruling on the pending dispositive motions.

It is so ORDERED.

DEC 0 3 2021
Date

The Honorable Alfred H. Bennett
United States District Judge