United States District Court
Southern District of Texas
**ENTERED**
December 13, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BURKE, *et al*, | § § § | |
| Plaintiffs, | § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-2591 |
| OCWEN LOAN SERVICING, LLC, *et al*, | § § § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiffs' Motion for Rule 11 Sanctions. Doc. #39. The Courts finds that the Motion does not comply with Rule B.5 of this Court's Procedures and Practices. Specifically, motions may not exceed twenty pages in length and all authority must be cited within the body of the document, not footnoted. Accordingly, it is hereby ORDERED that Plaintiffs' Motion for Rule 11 Sanctions be STRICKEN from the record. Plaintiffs may refile their motion in a form that complies with the Court's Procedures and Practices.

It is so ORDERED.

DEC 1 3 2021
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge