United States District Court
Southern District of Texas
**ENTERED**
March 26, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN BURKE, *et al.*, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:21-CV-02591 |
| OCWEN LOAN SERVICING, LLC, *et al.*, | § § | |
| Defendants. | § § | |

## ORDER

Before the Court is Plaintiffs' Emergency Motion for Permission to File Electronically (CM/ECF/PACER) and Email Notifications (the "Motion"). Doc. #5. Defendants did not file a response, which the Court takes as a representation of no opposition. *See* L.R. 7.4. Recognizing that access to the Case Management/Electronic Case Filing ("CM/ECF") system can be withdrawn if any user abuses the system, the Motion is GRANTED and Plaintiffs are hereby granted access to the CM/ECF system for the purposes of filing and receiving documents in this case.

It is so ORDERED.

MAR 2 5 2022
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge