UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

John Burke, et al.

v.   Case Number: 4:21−cv−02591

Ocwen Loan Servicing, LLC, et al.

---

## NOTICE OF RESETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN RESET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

Alfred H Bennett

**PLACE:**
Courtroom 8C
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 9/9/2022

**TIME:** 09:00 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   August 6, 2022

Nathan Ochsner, Clerk